# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-41013

United States Court of Appeals
Fifth Circuit

**FILED**

September 14, 2018

Lyle W. Cayce
Clerk

STEPHEN W. MABRY,

Plaintiff - Appellant,

v.

PETROHAWK ENERGY CORPORATION; BHP BILLITON; BHP
BILLITON PETROLEUM (TXLA OPERATING) COMPANY, formerly known
as Petrohawk Operating Company; HELMERICH & PAYNE
INTERNATIONAL DRILLING COMPANY, a wholly owned subsidiary of
Helmerich and Payne, Incorporated; HELMERICH & PAYNE
INCORPORATED; BHP BILLITON PETROLEUM PROPERTIES (N.A.),
L.P., formerly known as Petrohawk Properties; BHP BILLITON
PETROLEUM (TX GATHERING), formerly known as Hawk Field Services;
BHP PETROLEUM PROPERTIES (N.A.), L.P.; BHP BILLITON
PETROLEUM PROPERTIES (G.P.), L.L.C., formerly known as P-H Energy,

Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 6:14-CV-00005

Before JONES, BARKSDALE, and WILLETT, Circuit Judges.

PER CURIAM:*

AFFIRMED. *See* 5th Circuit Rule 47.6.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5th Cir.
R. 47.5.4.